IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-00771-JLK

PAULA SILVER,

    Plaintiff,

v.

MICHAEL J. ASTRUE,

Commissioner of Social Security,

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

**For Plaintiff**:

MICHAEL A. DESAULNIERS
402 W. 12th Street
Pueblo, CO 81003
719-543-8636
seckarlaw@mindspring.com

**For Defendant:**

JOHN F. WALSH
United States Attorney

KEVIN TRASKOS
Chief, Civil Division
United States Attorney's Office
District of Colorado
kevin.traskos@usdoj.gov

ROBERT VANSAGHI
Special Assistant United States Attorney
Office of General Counsel
Social Security Administration
1001 Seventeenth Street
Denver, CO 80202
Telephone: (303) 844-7237
robert.vansaghi@usdoj.gov

2. **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

   The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. §405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

   A.  Date Complaint Was Filed:     March 27, 2012
   B.  Date Complaint Was Served on U.S. Attorney's Office: April 20, 2012
   C.  Date Answer and Administrative Record Were Filed:   June 14, 2012

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

   The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

   Neither party intends to submit additional evidence.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

   The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

7. **OTHER MATTERS**

   The parties have no other matters to bring to the attention of the court.

8. **PROPOSED BRIEFING SCHEDULE**

Because of workload and scheduling conflicts, the parties respectfully respect briefing to commence later than 40 days after the filing of this Joint Case Management Plan.  Counsel for both parties agrees to the following proposed briefing schedule:

A.    **Plaintiff's Opening Brief Due:  August 14, 2012**
B.    **Defendant's Response Brief Due:  September 13, 2012**
C.    **Plaintiff's Reply Brief (If Any) Due:  September 28, 2012**

9. **STATEMENTS REGARDING ORAL ARGUMENT**

   A. **Plaintiff's Statement:**
      Plaintiff does not request oral argument.

   B. **Defendant's Statement:**
      Defendant does not request oral argument.

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**
    Indicate below the parties' consent choice.

    A. **( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
    B. **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

11. **OTHER MATTERS**

The parties filing motions for extension of time or continuances must comply with D.C.Colo.LCivR 7.1(c) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all *pro se* parties.

12. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

   DATED this 6th day of July, 2012.

                              BY THE COURT:


                              s/John L. Kane
                              SENIOR U.S. DISTRICT COURT JUDGE

APPROVED:

| For Plaintiff: | For Defendant: |
|---|---|
| s/ Michael A. Desaulniers | JOHN F. WALSH |
| Michael A. Desaulniers | United States Attorney |
| 402 W. 12th Street | |
| Pueblo, CO 81003 | KEVIN TRASKOS |
| 719-543-8636 | Chief, Civil Division |
| seckarlaw@mindspring.com | United States Attorney's Office |
| | District of Colorado |
| | Kevin.Traskos@usdoj.gov |
| | |
| | s/ Robert L. Van Saghi |
| | Robert L. Van Saghi |
| | Special Assistant U.S. Attorney |
| | 1001 17th Street |
| | Denver, Colorado 80202 |
| | (303) 844-1948 |
| | robert.vansaghi@ssa.gov |